AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 31 2023

Nathan Ochsner, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Sergio Ismael Martinez-Garcia | ) Case No. 7:23-MJ-00188-1 |
| YOB: 1981  COC: Mexico | ) |
| *Defendant(s)* | ) |

USMS MCALLEN TX '23 02 01 PM12:28

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 4, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Mexico and an alien who had been previously deported from the United States, was found unlawfully in the United States at Edinburg Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Shawna Campbell, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 01/31/2023 at 12:56 p.m.

_____
*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawna Campbell, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since September 2016. Prior to this assignment, I have held the following positions: Immigration Enforcement Agent and a Federal Correctional Officer. My law enforcement career began on January 7, 2007, as a Federal Correctional Officer. I have over 10 years of immigration law enforcement experience.

On February 3, 2023, Sergio Ismael Martinez-Garcia is scheduled to come into ICE custody from Texas Department of Criminal Justice. The Defendant is also known as or has used the alias of Sergio Ismael Garcia-Martinez, Jose Angel Martinez-Nino.

(2) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(3) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(4) <u>Element One:</u> The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(5) <u>Element Two:</u> The Defendant has previously been deported or removed from the United States on the following occasion(s):

    a. June 26, 2013

(6) <u>Element Three:</u> After deportation, the Defendant was subsequently found in the United States on March 4, 2022, in Edinburg, Texas, which is within the Southern District of Texas. Specifically, within the McAllen Division of the Southern District of Texas.

(7) <u>Element Four:</u> The Defendant did not have permission to reenter the United States. On January 30, 2023, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the

United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(8) Prior Criminal History / Gang Affiliation. The Defendant has the following prior criminal history and/or gang affiliation:

    a. On June 22, 2022, the Defendant, using the name Jose Angel Martinez, was convicted in the 398th District Court, Hidalgo County, Texas for the offense of burglary of habitation, a Felony under Case #CR-1330-22-I. For this offense, the Defendant was sentenced to two (2) years.

    b. On May 15, 2013, the Defendant, using the name Sergio Ismael Garcia-Martinez, was convicted in the 229th Judicial District Court of Starr County, Texas for the offense of possession of a controlled substance, a Felony under Case #12-CRS-534. For this offense, the Defendant was sentenced to two (2) years.

(9) On January 30, 2023, I contacted the U.S. Attorney's Office, Southern District of Texas, McAllen Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Peter Brostowin accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a).

                                        Shawna Campbell, Deportation Officer
                                        United States Department of Homeland Security
                                        U.S. Immigration & Customs Enforcement

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on January 30, 2023
                      31

J. Scott Hacker, United States Magistrate Judge
Southern District of Texas